UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-34-T-17JSS

TANISHA MELVIN

**FORFEITURE MONEY JUDGMENT**

The defendant pleaded guilty to Count One of the Information which charges her with conspiracy to commit wire and mail fraud, in violation of 18 U.S.C. § 371, and the United States has established that the defendant obtained $ 70,000.00 in proceeds as a result of that offense.

The United States moves under 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment against the defendant. The motion for entry of a forfeiture money judgment is GRANTED. The defendant is liable for a forfeiture money judgment in the amount of $ 70,000.00, which represents the amount of proceeds she obtained as a result of the conspiracy to commit wire and mail fraud.

The United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the money judgment. Jurisdiction is retained to enter any order necessary for the

forfeiture and disposition of any substitute asset and to address any third-party claim.

DONE and ORDERED in Tampa, Florida, this 30th day of June, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record